IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DOGGIE DENTAL INC, *et al*., | Civil Action No. |
| Plaintiffs, | 19-746 |
| v. | (Judge Hornak) |
| MAX_BUY, *et al*., | |
| Defendants. | |

**NOTICE OF VOLUNTARY DISMISSAL**

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, through their undersigned attorneys, hereby gives notice of the voluntary dismissal with prejudice of all claims against Defendant, bruceshark-003, smartshopper2018, peninsulahome, soonhua2010, excelsellerusa, chuanhu-store, ralliart401, savvy-variety-shop, roberttaylor1589, lxlspets, maexus2018, boris11184, yair_uza, 15oceaneshop, rchcommerce1, jaman38, makdeep_0, uleader666, happy-shop09, violetrosech, wewell888, and saveyourbuy with each party to bear its own attorneys' fees, costs, and expenses.  The dismissed Defendants have neither answered Plaintiff's Complaint nor filed a responsive pleading.  Accordingly, these Defendants may be voluntarily dismissed and without a court order under Rule 41(a)(1)(A)(i).

/

/

/

/

        Respectfully submitted,

Dated:  August 23, 2019        /s/ Brian Samuel Malkin
        Stanley D. Ference III
        Pa. ID No. 59899
        courts@ferencelaw.com

        Brian Samuel Malkin
        Pa. ID No. 70448
        bmalkin@ferencelaw.com

        FERENCE & ASSOCIATES LLC
        409 Broad Street
        Pittsburgh, Pennsylvania 15143
        (412) 741-8400 – Telephone
        (412) 741-9292 – Facsimile

        Attorneys for Plaintiffs